No. 71–5902. OLIVER v. DUGGAN, DISTRICT ATTORNEY OF ALLEGHENY COUNTY, ET AL., 405 U. S. 995;

No. 71–5905. CRUZ v. BETO, CORRECTIONS DIRECTOR, 405 U. S. 998;

No. 71–5912. WILLIAMSON ET AL. v. UNITED STATES, 405 U. S. 1026;

No. 71–5944. KYLE v. UNITED STATES, 405 U. S. 1018;

No. 71–6000. DUNLEAVAY v. ROCKEFELLER CENTER, INC., ET AL., 405 U. S. 1044; and

No. 71–6005. EVANS v. UNITED STATES, 405 U. S. 1045. Petitions for rehearing denied.

No. 71–563. ROHRBAUGH ET AL. v. PRESBYTERY OF SEATTLE, INC., ET AL., 405 U. S. 996. Petition for rehearing denied. MR. JUSTICE POWELL is of the opinion that rehearing should be granted.

MAY 16, 1972

No. 70–5002. BUTLER v. ALABAMA. Sup. Ct. Ala. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

MAY 22, 1972

No. 71–1264. FERRELL ET AL. v. HALL, GOVERNOR OF OKLAHOMA, ET AL. Affirmed on appeal from D. C. W. D. Okla. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 71–1068. MIDWEST FREIGHT FORWARDING CO., INC., ET AL. v. LEWIS, SECRETARY OF STATE OF ILLINOIS, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.